NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1420

NOBEL BIOCARE USA, LLC,

Plaintiff/Counterclaim Defendant-
Appellee,

and

NOBEL BIOCARE AB,

Counterclaim Defendant-
Appellee,

v.

MATERIALISE, N.V., and MATERIALISE DENTAL, N.V.,

Defendants/Counterclaimants-
Appellants.

Appeal from the United States District Court for the Central District of California in case no. 07-CV-898, Judge Cormac J. Carney.

ORDER

Upon consideration of Nobel Biocare USA, LLC's unopposed motion to reform the caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

AUG 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  John B. Sganga, Jr., Esq.
     Jordan Jonas Oliver, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 13 2009

JAN HORBALY
CLERK